**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov


In re:                                                          Case No. 8:25–bk–02536–CPM
                                                                Chapter 11

F1 Motor Transport LLC



_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On April 22, 2025, Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if Debtor fails to timely correct the noted deficiency.

   Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Tampa Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date–stamped and filed on the date the Clerk's Office receives them – not the date they are placed in the mail, postmarked, or given to another delivery service.

   All Schedules and the Summary of Your Assets and Liabilities (forms 106 for individuals or 206 for non–individuals) were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), Debtor must file the missing items with proper declaration of Debtor no later than 14 days from the date the petition was filed.

   A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   If additional creditors not initially provided with the Petition are added on the Schedules, Debtor must include $34.00 amendment fee and provide proof of service of the Notice of Chapter 11 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

   The Statement of Financial Affairs was not filed. Debtor must file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non–individuals within 14 days from the date the case was filed.

   The voluntary petition does not include Debtor's telephone number on page 8. Debtor must file a "Notice of Telephone Number" or a "Statement of No Telephone Number" no later than 14 days from

the date of this notice.

Debtor failed to file a Certification of Authorization to File Case as required by Local Rule 1074−1(b). Debtor must file a Certification of Authorization to File Case no later than 14 days from the date of this notice.

A Corporate Ownership Statement was not filed pursuant to Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 or was filed without an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 1001−2. Debtor must file a signed Corporate Ownership Statement within 14 days.

Debtor failed to file the Chapter 11 list of Twenty Largest Unsecured Creditors pursuant to Fed. R. Bankr. P. 1007(d) (Official Form B104 for Individuals and B204 for Non−Individuals). Debtor must file the list within seven days from the date the petition was filed.

The Case Management Summary has not been filed or was filed without an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 1001−2. Pursuant to Local Rule 2081−1(b), the chapter 11 Debtor must file a signed Case Management Summary within the earlier of three business days following the petition date or the date Debtor−in−Possession filed a motion requesting affirmative relief.

Pursuant to 11 U.S.C. 1116(1), the following documents are required and have not been filed: the most recent balance sheet, statement of operations, cash−flow statement and/or Federal income tax return or a statement made under penalty of perjury that no balance sheet, statement of operations or cash−flow statement has been prepared and no Federal tax return has been filed. Debtor must file these documents within seven days from the date the petition was filed.

Debtor shall pay unpaid filing fees in the amount of $1738.00 within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below. The Voluntary Petition was filed without full payment of the required filing fee. In addition, Debtor has not filed an application seeking approval to pay the filing fee in installments, or an application requesting to proceed in forma pauperis. (for Chapter 7 cases only)

FOR THE COURT

Dated: April 23, 2025        Jose A Rodriguez , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

The Clerk's office must serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.